Paul Swenson Prior (Nevada Bar #9324)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: sprior@swlaw.com

*Attorneys for Defendant Four Queens, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALARIE WILLIAMS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TLC CASINO ENTERPRISES, INC. d/b/a and a/k/a FOUR QUEENS HOTEL AND CASINO; FOUR QUEENS, LLC d/b/a and a/k/a FOUR QUEENS HOTEL AND CASINO; Employee(s)/Agent(s) Does 1-100; and Roe Corporations, Companies and/or Partnerships 101-151, inclusive,<br><br>Defendant. | Case No. 2:17-cv-02810-JCM-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Valarie Williams ("Plaintiff") and Defendant Four Queens, LLC ("Defendant" or "Four Queens"), by and through their undersigned counsel (collectively, the "Parties"), for good cause shown, hereby stipulate and agree to extend Defendant's deadline to respond to Plaintiff's Complaint [ECF No. 1] to December 21, 2017.  This is the Parties' first extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1. Plaintiff served the Complaint and Summons on Defendant on November 16, 2017.

2. Defendant's Answer is currently due December 7, 2017.

3. Counsel for Defendant was only recently retained, and requires additional time to locate, organize, and review the relevant documents and prepare the appropriate response.

4. On November 22, 2017, the Parties agreed to the extension requested herein.

5. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties jointly agree to extend Defendant's deadline to respond to Plaintiff's Complaint to December 21, 2017.

DATED: November 27, 2017

THIERMAN BUCK LLP

By: */s/ Joshua D. Buck*
   Mark R. Thierman (Nevada Bar #8285)
   Joshua D. Buck (Nevada Bar #12187)
   7287 Lakeside Drive
   Reno, NV 89511

GABROY LAW OFFICES
Christian Gabroy (Nevada Bar #8805)
Kaine Messer (Nevada Bar #14240)
The District at Green Valley Ranch
170 South Green Valley Pkwy, Suite 280
Henderson, NV 89012
*Attorneys for Plaintiff Valarie Williams*

DATED: November 27, 2017

SNELL & WILMER L.L.P.

By: */s/ Paul Swenson Prior*
   Paul Swenson Prior (Nevada Bar #9324)
   3883 Howard Hughes Parkway
   Suite 1100
   Las Vegas, Nevada  89169
*Attorneys for Defendant Four Queens, LLC*

## ORDER

**IT IS ORDERED** that Defendant Four Queens, LLC shall respond to Plaintiff's Complaint on or before December 21, 2017.

DATED:   November 28  , 2017.

_____
UNITED STATES MAGISTRATE JUDGE