1  Paul Swenson Prior (Nevada Bar #9324)
   SNELL & WILMER L.L.P.
2  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169
3  Telephone: 702.784.5200
   Facsimile: 702.784.5252
4  Email: sprior@swlaw.com

5  *Attorneys for Defendants TLC Enterprises, Inc.
   and Four Queens, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALARIE WILLIAMS, individually and on behalf of others similarly situated, | Case No. 2:17-cv-02810-JCM-GWF |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| TLC CASINO ENTERPRISES, INC. d/b/a and a/k/a FOUR QUEENS HOTEL AND CASINO; FOUR QUEENS, LLC d/b/a and a/k/a FOUR QUEENS HOTEL AND CASINO; Employee(s)/Agent(s) Does 1-100; and Roe Corporations, Companies and/or Partnerships 101-151, inclusive, | **(FIRST REQUEST)** |
| Defendant. | |

Plaintiff Valarie Williams ("Plaintiff") and Defendants TLC Enterprises, Inc. and Four Queens, LLC ("Defendants"), by and through their undersigned counsel (collectively, the "Parties"), for good cause shown, hereby stipulate and agree to extend Defendants' deadline to file a reply in support of their Motion to Dismiss [ECF No. 9] to January 18, 2018. This is the Parties' first extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1. Defendants filed their Motion to Dismiss on December 21, 2017 [ECF No. 9].

2. Plaintiff filed a Response to Defendants' Motion to Dismiss on January 4, 2018 [ECF No. 10].

3. The deadline for Defendants to file a reply in support of their Motion to Dismiss is currently January 11, 2018.

4. Counsel for Defendants requires additional time to locate, organize, and review the relevant documents and prepare the appropriate response.

5. On January 10, 2018, the Parties agreed to the extension requested herein.

6. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties jointly agree to extend the deadline for Defendants to file a reply in support of their Motion to Dismiss to January 18, 2018.

DATED: January 10, 2018

GABROY LAW OFFICES

By: */s/ Christian Gabroy*
    Christian Gabroy (Nevada Bar #8805)
    Kaine Messer (Nevada Bar #14240)
    The District at Green Valley Ranch
    170 South Green Valley Pkwy, Suite 280
    Henderson, NV 89012
    *Attorneys for Plaintiff Valarie Williams*

DATED: January 10, 2018

SNELL & WILMER L.L.P.

By: */s/ Paul Swenson Prior*
    Paul Swenson Prior (Nevada Bar #9324)
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada 89169
    *Attorneys for Defendants TLC Enterprises, Inc. and Four Queens, LLC*

## **ORDER**

**IT IS ORDERED** that the deadline for Defendants TLC Enterprises, Inc. and Four Queens, LLC to file a reply in support of their Motion to Dismiss is extended to January 18, 2018.

DATED: January 11, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: */s/ Paul Swenson Prior*
Paul Swenson Prior (Nevada Bar #9324)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendants TLC Enterprises, Inc. and Four Queens, LLC*

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (FIRST REQUEST)** by the method indicated below:

| | | | |
|---|---|---|---|
| XXXXX | CM/ECF | _____ | E-Mail |
| _____ | U.S. Mail | _____ | Federal Express |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Electronic Service | | |

and addressed to the following:

Christian Gabroy, Esq.
Kaine Messer, Esq.
GABROY LAW OFFICES
The District at Green Valley Ranch
170 South Green Valley Pkwy, Suite 280
Henderson, NV 89012
Telephone: (702) 259-7777
Facsimile: (702) 259-7704
Email: christian@gabroy.com
kmesser@gabroy.com

Mark R. Thierman, Esq.
Joshua D. Buck, Esq.
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027
Email: mark@thiermanbuck.com
josh@thiermanbuck.com

*Attorneys for Plaintiff Valarie Williams*

DATED this 10th day of January, 2018.

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4837-8663-7914

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200