**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

VALARIE WILLIAMS, individually and on behalf of others similarly situated,

　　　　Plaintiff(s),

vs.

TLC CASINO ENTERPRISES, INC. d/b/a and a/k/a FOUR QUEENS HOTEL AND CASINO; et al.

　　　　Defendant(s).

Case #2:17-cv-02810-JCM-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Joseph A. Kroeger_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Snell & Wilmer L.L.P._____
(firm name)

with offices at _____One S. Church Avenue, Suite 1500_____,
(street address)

_____Tucson_____, _____Arizona_____, _____85701_____,
(city)　　　　　　　　　　(state)　　　　　　　　(zip code)

_____520-882-1200_____, _____jkroeger@swlaw.com_____.
(area code + telephone number)　　(Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____TLC Casino Enterprises, Inc./Four Queens, LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **July 30, 2008** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Arizona** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Arizona Supreme Court | July 30, 2008 | 026036 |
| California Supreme Court | December 3, 2003 | 228481 |
| Colorado Supreme Court | October 9, 2013 | 46093 |
| Illinois Supreme Court | November 9, 2000 | 6272564 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Arizona, California, Colorado, Illinois, Federal and American

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Arizona____ )
                         )
COUNTY OF ____Pima____   )

____Joseph A. Kroeger____, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__8TH__ day of __January__, __2018__.

_____
Notary Public or Clerk of Court

HARMONY BLANCO-SERLIN
Notary Public - State of Arizona
PIMA COUNTY
My Commission Expires
September 22, 2019

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Paul Swenson Prior__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Hughes Center, 3883 Howard Hughes Parkway, Suite 1100____,
(street address)

____Las Vegas____, ____Nevada____, ____89169____,
(city)              (state)            (zip code)

____702.784.5200____, ____sprior@swlaw.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Paul Swenson Prior_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

TLC Casino Enterprises, Inc. and Four Queens, LLC
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9324                    sprior@swlaw.com
Bar number              Email address

APPROVED:

Dated: January 17, 2018.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JOSEPH ANTHONY KROEGER** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on July 30, 2008 is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this December 2, 2017.

Amanda McQueen
Disciplinary Clerk

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617         TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

December 27, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOSEPH ANTHONY KROEGER, #228481 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2003; that from the date of admission to September 8, 2006, he was an ACTIVE member of the State Bar of California; that on September 8, 2006, he transferred at his request to the INACTIVE status; that from that date to September 18, 2006, he was an INACTIVE member of the State Bar of California; that on September 18, 2006, he was suspended from the practice of law in California by order of the Supreme Court for nonpayment of State Bar membership fees; that said suspension remained in effect to February 17, 2009 upon which last mentioned date he was reinstated to the INACTIVE status by the Supreme Court upon payment of all delinquent State Bar fees and penalties; that from that date to February 18, 2009, he was an INACTIVE member of the State Bar of California; that on February 18, 2009, he transferred at his request to the ACTIVE status; that from that date to January 27, 2011, he was an ACTIVE member of the State Bar of California; that on January 27, 2011, he transferred at his request to the INACTIVE status; that from that date to January 4, 2012, he was an INACTIVE member of the State Bar of California; that on January 4, 2012, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records



# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

_Joseph A. Kroeger_

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **9th** day of **October** A.D. **2013** and that at the date hereof the said _Joseph A. Kroeger_ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **19th** day of **December** A.D. **2017**

Cheryl Stevens
Clerk

By _Jessica A. DePari_
Deputy Clerk



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
12/14/2017

Re: Joseph Anthony Kroeger
Attorney No. 6272564

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Joseph Anthony Kroeger was admitted to practice law in Illinois on 11/9/2000; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar