AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Valarie Williams,

          Plaintiff,

v.

TLC Casino Enterprises, Inc., et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-02810-JCM-GWF

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiff.

7/19/2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk